FILED
NOV 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY W. LEONARD,<br>2346 Pitts Place, S.E.<br>Washington, DC 20020<br><br>Plaintiff<br><br>vs<br><br>UNITED STATES OF<br>AMERICA<br><br>Serve:<br><br>Kenneth L. Wainstein<br>U.S. Attorney for the District<br>  of Columbia<br>555 4th Street, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>UNITED STATES MARSHALS<br>SERVICE<br><br>Serve:<br>Gerald Auerbach, General Counsel<br>United States Marshals Service<br>Headquarters<br>Washington, D.C. 20530<br><br>Defendants | Civil Action No. _____<br><br>Case: 1:07-cv-02052<br>Assigned To : Walton, Reggie B.<br>Assign. Date : 11/14/2007<br>Description: PI/Malpractice |

## COMPLAINT
## (FEDERAL TORT CLAIMS ACT)

1. This Court has jurisdiction pursuant to 28 U.S.C.A., Title 1346(b)(Federal Tort Claims Act) and 28 U.S.C.A., Title 2671(a), <u>et seq</u>.

2. On or about the 21st day of July, 2004, Plaintiff was injured by two United States

-1-

1

Marshals while in the Superior Court in the District of Columbia. Thereafter, Plaintiff sent notice of his claim to United States Marshals Service on the 5th day of June, 2006; and, on the 6th day of September, 2006, Plaintiff submitted additional documentation pursuant to the request of United States Marshals Service; that more than six months have elapsed since the filing of the aforesaid notice and supplemental submission and there has been no response from the United States of America or the United States Marshals Service in connection with this cause of action. Accordingly, Plaintiff is entitled to bring this cause of action under the provisions of 28 U.S.C.A., Title 1346(b) and Title 2671(a) et seq.

3. That upon information and belief, Deputy United States Marshals Cooks and Roberts were assigned to the Superior Court Courtroom of Judge William M. Jackson where Plaintiff was appearing on a domestic warrant.

4. That Deputy United States Marshals Cooks, Roberts and/or any other Deputy United States Marshals in Judge William M. Jackson's Courtroom, were employees of the United States Marshals Service and were acting within the scope of their employment and pursuant to their duties as United States Marshals.

5. That on or about July 21, 2004, Judge William M. Jackson advised the Plaintiff that he wanted him to go for a urine test and as Plaintiff began to gather his paperwork and leave the Courtroom, he was grabbed by the aforementioned United States Marshals or unknown Marshals who were in the Courtroom.

6. That the United States Marshals grabbed the Plaintiff around the neck and pulled his left arm behind his back and, thereafter, they forcefully removed the Plaintiff to the holding area of Judge Jackson's Courtroom.

7. That once Plaintiff was in the holding area, one or more of the United States Marshals had him in a chokehold, cutting off his air and forcing him to his knees. Thereafter, Plaintiff was forced to his stomach and once on his stomach one or more of the Marshals attempted to cuff the Plaintiff and in doing so, carelessly, negligently, and recklessly bent and rotated his left arm in such a manner that they dislocated and broke his left elbow.

8. That the negligent choking, handling and cuffing of the Plaintiff and the resulting injuries were caused without any negligence on the part of the Plaintiff but solely as a direct and proximate result of the negligence, carelessness and recklessness of Defendant United States Marshal Service and its employees, and that said employees acted in such a manner heretofore mentioned and described that they caused the aforesaid injury to Plaintiff; and, furthermore, the said incident was caused by reason of Deputy United States Marshal Cooks' and Roberts' and/or other Deputy United States Marshals' failure to properly cuff the Plaintiff; failure to use proper procedures in cuffing the Plaintiff; failure to take steps not to injure the Plaintiff; failure to follow normal, customary and usual United States Marshal procedures and guidelines in cuffing the Plaintiff; failure to act in a safe and reasonable manner; and, failure to act as reasonable and prudent law enforcement officials.

9. That as a direct and proximate result of the Defendants' negligence as aforesaid, Plaintiff suffered painful and permanent injury to his person, consisting of, but not limited to, extreme shock of mind, body, and nervous system; and that Plaintiff suffered a fracture of the left elbow that required extensive surgery which has left him with a severe permanent injury; and by reason of the negligence of the Defendants in causing the aforesaid injuries, Plaintiff has incurred medical expenses, will incur medical expenses in the future, connected with his injuries, and will be permanently injured and handicapped throughout his life.

WHEREFORE, Plaintiff prays judgment against the United States of America and the United States Marshals Service in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00).

        Respectfully Submitted,

        LAW OFFICES OF DAVID S. GREENE, LLC

By: _____
        David S. Greene
        DCDC Bar Number 6~~204~~ 24323
        50 West Montgomery Avenue, # 200
        Rockville, Maryland 20850
        301-279-7600

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

B
07-2052
RBW

## I (a) PLAINTIFFS
Gregory W. Leonard

**DEFENDANTS** United States and United States Marshals Service

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __1001__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
David S. Greene 50 W. Montgomery Ave, #200
Rockville MD 20850
301 279 7600

ATTORNEYS

Case: 1:07-cv-02052
Assigned To : Walton, Reggie B.
Assign. Date : 11/14/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USCA Title 1346(1) Federal Tort Claim

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ 1,500,000.00  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☑ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☑ NO  If yes, please complete related case form.

DATE 11/14/07  SIGNATURE OF ATTORNEY OF RECORD  David A. Branch

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd